SCALI RASMUSSEN
HALBERT B. RASMUSSEN (108566)
JEFFREY W. ERDMAN (179669)
800 Wilshire Boulevard, Suite 400
Los Angeles, California 90017
Tel. No.: (213) 239-5622
Fax No.: (213) 239-5623
E-Mail: hrasmusseni@scalilaw.com
E-Mail: jerdman@scalilaw.com

Attorneys for Plaintiff
FIRST PRIORITY BUS SALES, LLC

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FIRST PRIORITY BUS SALES, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE LION ELECTRIC CO., a Canadian corporation, fka LION BUS INC.; THE LION ELECTRIC CO. USA INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02753-KJM-DB<br><br>**STIPULATION TO STAY PROCEEDINGS AND ORDER**<br><br><br><br>Complaint Filed: October 3, 2018 |

Plaintiff FIRST PRIORITY BUS SALES, LLC, a New Jersey Limited Liability Company ("Plaintiff"), and Defendants THE LION ELECTRIC CO., a Canadian corporation, fka LION BUS INC. and THE LION ELECTRIC CO. USA INC., a Delaware corporation ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Protest under California Vehicle Code section 3060(a) with the New Motor Vehicle Board, Protest No. PR-2573-18 (the "Protest"), pertaining to Defendants' effort to terminate the Dealer Agreement between Plaintiff and Defendants, dated November 5, 2016, as amended, which authorizes Plaintiff to sell and service certain electric buses manufactured by Defendants (the "Dealer Agreement");

WHEREAS, Plaintiff filed a Complaint against Defendants in the Sacramento County Superior Court, Case No. 34-2018-00241824 (the "Superior Court Action"), alleging violations of the California Vehicle Code by Defendants subsequent to the filing of the Protest and seeking injunctive relief therefor;

WHEREAS, Plaintiff filed in the Superior Court Action an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, which was granted by the Sacramento County Superior Court on October 5, 2018, with the Court issuing a Temporary Restraining Order against Defendants and setting the matter for further hearing on October 24, 2018;

WHEREAS, Defendants removed the Superior Court Action to this Court, resulting in the present case, United States District Court, Eastern District of California, Sacramento Division, Case No. 2:18-cv-02753-KJM-DB;

WHEREAS, Defendants agree that California Vehicle Code sections 3060(a) and 3060(b) apply to terminations or modifications of Plaintiff's Dealer Agreement,

respectively, that are subject to protest before and within the jurisdiction of the California New Motor Vehicle Board; and

WHEREAS, the Parties agree that a stay in these proceedings will allow the Parties sufficient time to complete the Protest proceeding without burdening this Court and the Parties with unnecessary litigation while the Protest is pending;

NOW THEREFORE, the Parties hereby stipulate to stay all proceedings in the above-captioned action, absent the lifting of the stay as provided herein, as follows:

1. Defendants will comply with the obligations imposed by California Vehicle Code section 3060, including observing the stay against terminating the Dealer Agreement while the Protest is pending;

2. The Parties will allow the existing Temporary Restraining Order issued in the Superior Court Action to expire on October 24, 2018, without prejudice to Plaintiff's right to make future requests for injunctive relief;

3. The Court shall stay this proceeding pending the earlier of (a) the final resolution of the Protest or (b) on thirty (30) days written notice by either party to the other and to the Court that the noticing party wishes to have the stay lifted, or on shorter notice for good cause shown, with the express understanding that neither of the Parties waives any claim or defense, substantive or procedural, including but not limited to the

right to file a motion relative to venue, dismissal or other matters subject to the filing of a motion.

IT IS SO STIPULATED.

Dated: October 26, 2018

Respectfully submitted,

SCALI RASMUSSEN

By: /s/ Halbert Rasmussen
Halbert Rasmussen

Attorneys for Plaintiff FIRST PRIORITY BUS SALES, LLC

Dated: October 25, 2018

HOGAN LOVELLS US LLP

By: /s/ Colm A. Moran (as authorized on Oct. 25, 2018)
Colm A. Moran

Attorneys for Defendants THE LION ELECTRIC CO., and THE LION ELECTRIC CO. USA INC.

IT IS SO ORDERED.

DATED: October 29, 2018.

_____
UNITED STATES DISTRICT JUDGE

00144824.2